

**IT IS HEREBY ADJUDGED and DECREED that the below described is MOOT.**

**Dated: July 02, 2019**

_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| In re:<br><br>FWLL, LLC,<br><br>Debtor. | § § § § § § CASE NO. 15-52071-cag<br><br>CHAPTER 7 |
| RANDOLPH N. OSHEROW,<br>in his capacity as Chapter 7 Trustee,<br>Plaintiff,<br><br>v.<br><br>TEXAS SILICA LOGISTICS JOINT VENTURE, ZSV, LLC, POTH ANDREW MCSTAY, and DAVID ZEHR, M.D.,<br>Defendants | § § § § § § § § § § § § ADV. NO. 16-05023-cag |

**ORDER GRANTING THE
TRUSTEE'S EMERGENCY MOTION FOR TURNOVER ORDER
AND APPOINTMENT OF A RECEIVER**

CAME ON, for hearing, the Trustee's Emergency Motion for Turnover Order and Appointment of a Receiver ("Motion"). The Court, having considered the Motion, any Responses and Replies thereto, all admissible evidence, and the arguments of counsel, **FINDS**

and **CONCLUDES** that the Motion should be, and is hereby, **GRANTED**. Therefore, it is

**ORDERED** that the Motion is, in all things, **GRANTED**. Further, it is

**ORDERED** that, pursuant to TEX. CIV. PRAC. & REM. CODE § 31.002, _____ is hereby appointed to serve as Receiver, with the authority to take possession of the nonexempt property of Judgment Debtor David Zehr, M.D. ("Dr. Zehr"), sell it, and pay the proceeds to the Trustee, who is the Judgment Creditor, until the Court's July 2018 Amended Final Judgment ("Judgment") in the above-referenced adversary proceeding—including all attorney's fees, interest, and costs awarded to the Trustee by prior orders of this Court in this adversary proceeding—has been paid in full. Further, it is

**ORDERED** that Dr. Zehr shall, and is hereby directed to, fully cooperate with the Receiver appointed herein. Further, it is

**ORDERED** that, within seven (7) days of entry of this Order, Dr. Zehr shall, and is hereby directed to, provide the Receiver a complete accounting of all nonexempt assets in Dr. Zehr's possession or under Dr. Zehr's control. Further, it is

**ORDERED** that, pursuant to TEX. CIV. PRAC. & REM. CODE § 31.002 and within seven (7) days of entry of this Order, Dr. Zehr shall, and is hereby directed to, turn over to the Receiver appointed herein all nonexempt property in Dr. Zehr's possession or subject to Dr. Zehr's control, together with all documents or records related to such property. Further, it is

**ORDERED** that the Trustee, having prevailed on his Motion, is entitled to recover his reasonable costs, including attorney's fees and expenses, incurred in obtaining the relief granted herein. Therefore, it is

**ORDERED** that, within fourteen (14) days of entry of this Order, the Trustee shall file his fee application, consistent with the local rules of this Court.

###

L & B 14121/0013_003/L1603401.DOCX/

**Order submitted by:**

David S. Gragg
dgragg@langleybanack.com
State Bar No. 08253300
Peter Kilpatrick
pkilpatrick@langleybanack.com
State Bar No. 11416545
Sara Murray
smurray@langleybanack.com
State Bar No. 14729400
**LANGLEY & BANACK, INC.**
745 East Mulberry, Suite 700
San Antonio, TX 78212
Telephone: (210) 736-6600
Facsimile: (210) 735-6889

L1603362

