UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**CAUSE NO. 5:18-cv-0355-DAE**

IN RE FWLL, LLC, Debtor.
Bankruptcy Case No. 15-52071-CAG

DAVID ZEHR, M.D.,

Appellant,

v.

RANDOLPH N. OSHEROW,
CHAPTER 7 TRUSTEE,

Appellee

On Appeal from Adversary Proceeding 16-05023-cag,
*Randolph N. Osherow in his capacity as Chapter 7 Trustee v. David Zehr, M.D.*
United States Bankruptcy Court, Western District of Texas, San Antonio Division,
the Honorable Craig A. Gargotta, Presiding

## AGREED ORDER GRANTING
## JOINT MOTION TO DISMISS APPEAL FOR MOOTNESS

CAME ON, for consideration, the Joint Motion to Dismiss Appeal for Mootness ("Joint Motion") filed by Appellant DAVID ZEHR, M.D. ("Zehr") and Appellee RANDOLPH N. OSHEROW, in his capacity as Chapter 7 Trustee ("Trustee"), pursuant to Fed. R. Bankr. P. 8023. The Court, having considered the Joint Motion, finds and concludes that it should be, and is hereby, **GRANTED**. Therefore, it is

**ORDERED, ADJUDGED**, and **DECREED** that the above-referenced cause is hereby DISMISSED with prejudice.

**SO ORDERED.**

**SIGNED** this 6 day of January 2020.

---
DAVID A. EZRA
SENIOR UNITED STATES DISTRICT JUDGE