## Becky Gomez

| | |
|---|---|
| From: | Natalie Wilson <nwilson@langleybanack.com> |
| Sent: | Thursday, March 12, 2020 2:45 PM |
| To: | Becky Gomez |
| Cc: | Natalie Wilson |
| Subject: | RE: RETURN OF TRIAL EXHIBITS  16-5023 (15-52071)   Osherow vs Texas Silica Logistics Joint Venture et al |

Please destroy the exhibits.

Thanks you!

**Natalie Wilson**, CIPP/US
*Shareholder*



**Langley & Banack, Incorporated**
Attorneys and Counselors at Law

745 East Mulberry Avenue | Suite 700
San Antonio, TX 78212

Phone   (210) 736-6600
Fax       (210) 735-6889

website | vCard | linkedin | map | email

San Antonio | Carrizo Springs | Eagle Pass | Karnes City | Castroville | New Braunfels | Fredericksburg | Kerrville


Texas Board of Legal Specialization
BUSINESS BANKRUPTCY LAW


MERITAS LAW FIRMS WORLDWIDE

This email may contain confidential and privileged material for the sole use of the intended recipient; any other use is prohibited. If you are not the intended recipient, please contact the sender by reply email and delete all copies of this message.


**From:** Becky Gomez <Becky_Gomez@txwb.uscourts.gov>
**Sent:** Thursday, March 12, 2020 2:39 PM
**To:** Natalie Wilson <nwilson@langleybanack.com>
**Subject:** RETURN OF TRIAL EXHIBITS 16-5023 (15-52071) Osherow vs Texas Silica Logistics Joint Venture et al

March 12, 2020

# Return Of Trial Exhibits
# Bankruptcy Case  15-52071
# Debtor Name: FWLL, LLC
# Adversary  16-5023  -  Osherow vs Texas Silica Logistics Joint Venture et al

## Dear Ms. Wilson,

1

**A Final Order (Document #256) has been entered on 07/02/19 concerning the following contested matter:**

**#237** Emergency Motion For Turnover Order and Appointment of A Receiver Filed by David S. Gragg for Plaintiff Randolph N. Osherow, in his capacity as Chapter 7 Trustee. (Attachments: # 1 Exhibit A # 2 Proposed Order) (Gragg, David)

**(Hearing Held On 06/07/19 and 06/14/10 - Exhibit And Witness List Document #252)**

**During the Trial/Hearing on this matter, you submitted exhibits for the courts' consideration. Since a Final Order has been entered, the court no longer needs these exhibits.**

**If you do not respond to this email by March 22, 2020, your exhibits will be destroyed without further notice from the bankruptcy Clerks Office.**

*Becky Gomez*
*Case Manager, U.S. Bankruptcy Court*
*San Antonio Division*
*becky_gomez@txwb.uscourts.gov*
*210-472-6720 ext. 5743*